# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: NEKESHIA PERRYMAN  
       3045 RENEE DR  
       MONTGOMERY, AL 36116  

CASE NO: 16-30787-DHW

Soc. Sec. No. XXX-XX-5769  
       Debtor.

## INCOME WITHHOLDING ORDER

TO:   MURPHY USA  
       ATTN PAYROLL  
       200 PEACH ST  
       EL DORADO, AR 71731

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that MURPHY USA withhold from the wages, earnings, or other income of this debtor the sum of **$175.00 BI-WEEKLY** and remit all such funds withheld to:

        **CURTIS C REDING, CHAPTER 13 TRUSTEE**  
        **16-30787-DHW NEKESHIA PERRYMAN**  
        **P O BOX 613108**  
        **MEMPHIS TN 38101-3108**

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Friday, April 1, 2016 .

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge