UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: NEKESHIA PERRYMAN  
3045 RENEE DR  
MONTGOMERY, AL 36116  

CASE NO: 16-30787-DHW

Soc. Sec. No. XXX-XX-5769  
Debtor.

## INCOME WITHHOLDING ORDER

TO: SYKES ENTERPRISES INCORPORATED  
ATTN PAYROLL  
400 NORTH ASHLEY DR STE 2800  
TAMPA, FL 33602  

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that SYKES ENTERPRISES INCORPORATED withhold from the wages, earnings, or other income of this debtor the sum of **$175.00 BI-WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
16-30787-DHW NEKESHIA PERRYMAN  
P O BOX 613108  
MEMPHIS TN 38101-3108  

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, November 8, 2017.

cc: Debtor  
    Debtor's Attorney

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge